UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS JAVIER GARCIA LUA, | No. 1:26-cv-03539-DJC-SCR |
| Petitioner, | |
| v. | ORDER |
| ORESTES CRUZ, et al., | |
| Respondents. | |

On May 7, 2026, Petitioner filed a Petition for Writ of Habeas Corpus (ECF No. 1) and a Motion for Temporary Restraining Order (ECF No. 2) seeking release from the custody of United States Immigration and Customs Enforcement.  However, Respondents have now informed the Court that Petitioner has received a bond hearing and was ordered released under bond of $20,000.00.

Accordingly, the Petition (ECF No. 1) is DISMISSED AS MOOT.  The Clerk of the Court is directed to close this action.  This order resolves all pending motions.

IT IS SO ORDERED.

Dated:  **June 5, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

1